# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PHILLIP WOODSON,<br>[DOB: 01/10/1980]<br><br>　　　　　　Defendant. | Case No. _____<br>**COUNT ONE:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony<br><br>**COUNT TWO:**<br>*Possession of a Firearm While Under Domestic Violence Order of Protection*<br>18 U.S.C. §§ 922(g)(8) and 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

### **COUNT ONE**

On or about May 1, 2017, in the Western District of Missouri, the defendant **PHILLIP WOODSON**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Hi-Point, Model C, 9mm caliber pistol, bearing Serial Number P018412, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about May 1, 2017, in the Western District of Missouri, the defendant **PHILLIP WOODSON**, who was subject to a court order issued by Jackson County, Missouri Circuit Court in Case Number 1616-FC11070 on January 23, 2017, and issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that included a finding that the defendant represents a credible threat to the physical safety of the intimate partner, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Hi-Point, Model C, 9mm caliber pistol, bearing Serial Number P018412, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

A TRUE BILL.

|  |  |
|---|---|
| 3/28/18 | /s/ Jennifer L. Kolarik |
| DATE | FOREPERSON OF THE GRAND JURY |

/s/ Ashleigh A. Ragner
Ashleigh A. Ragner
Special Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri