# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-00078-01-CR-W-GAF |
| ) | |
| PHILLIP WOODSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 4, 2018, defense counsel filed a Motion for Determination of Competency (Doc. #14) requesting that the Court order a psychiatric or psychological examination of defendant in order to assess defendant's mental ability to understand the proceedings presently pending against him and to properly assist his counsel in his own defense. On September 13, 2018, the Court ordered that Defendant undergo a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241(b) to assist the Court in making a determination as to defendant's competency.

Defendant Woodson was transferred to the Metropolitan Correctional Center in Chicago, Illinois where he was evaluated from October 2, 2018 through November 15, 2018. Defendant Woodson was examined by Allison Schenk, Ph.D., Licensed Clinical Psychologist. On December 28, 2018, a Forensic Psychological Report regarding Defendant Woodson was filed with the Court. (Doc. #20.)

On January 8, 2019, a competency hearing was held before United States Magistrate Judge Lajuana M. Counts. Defendant Woodson appeared with counsel, Assistant Federal Public Defender Carrie Allen. The Government was represented by Assistant United States Attorney

1

Ashleigh Anna Ragner. The parties stipulated to the Forensic Psychological Report prepared by Allison Schenk, Ph.D., Licensed Clinical Psychologist. No additional evidence was offered.

On January 8, 2019, United States Magistrate Judge Lajuana M. Counts issued her Report and Recommendation (Doc. #23).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is

ORDERED that defendant Phillip Woodson is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 23, 2019